IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY CASTRO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 14-cv-01331-JPG-RJD |
| | ) |
| USA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **United States of America, C/O Humphrey, J.S. Walton, HAS Winklmeier, Patrick Trovillion, RN Richardson, Eric Edmister, Leslee D. Brooks, C/O Tolbert, C/O Waters, C/O Mowery, C/O Lenon, C/O Quartmous, C/O Hampton, C/O Cook, C/O Hicks, and C/O Morris** for the constitutional violation of failing to protect the plaintiff in violation of the Eight Amendment, is dismissed with prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **United States of America, C/O Humphrey, J.S. Walton, HAS Winklmeier, Patrick Trovillion, RN Richardson, Eric Edmister, Leslee D. Brooks, C/O Tolbert, C/O Waters, C/O Mowery, C/O Lenon, C/O Quartmous, C/O Hampton, C/O Cook, C/O Hicks, and C/O Morris** and against plaintiff **Anthony Castro** on his claim for constitutional violation of failure to protect in violation of the 8th Amendment.

**DATED:** 2/16/2017             **Justine Flanagan**
                                                            **Acting Clerk of Court**

                                                            *s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **U.S. DISTRICT JUDGE**