IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY CASTRO, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   Civil No. 14-cv-01331-JPG-RJD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **C/O Humphrey, J.S. Walton, HSA Winklmeier, Patrick Trovillion, RN Richardson, Eric Edmister, Leslee D. Brooks, C/O Tolbert, C/O Waters, C/O Mowery, C/O Lenon, C/O Quartmous, C/O Hampton, C/O Cook, C/O Hicks, and C/O Morris** for the alleged constitutional violation of Plaintiff's Eighth Amendment rights (Counts 1 and 5), are dismissed without prejudice, and

IT IS FURTHER **ORDERED AND ADJUDGED** that the Claim against defendant United States of America for the alleged negligent denial of medical care, under the FCTA (Count 3), is dismissed without prejudice, and

IT IS FURTHER **ORDERED AND ADJUDGED** that the Claims against defendant United States of America for the alleged negligent failure to protect Plaintiff, under the FTCA (Count 2) and alleged violation of the ADA (Count 4), are dismissed with prejudice, and

IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **United States of America, C/O Humphrey, J.S. Walton, HSA Winklmeier, Patrick Trovillion, RN Richardson, Eric Edmister, Leslee D. Brooks, C/O Tolbert, C/O**

**Waters, C/O Mowery, C/O Lenon, C/O Quartmous, C/O Hampton, C/O Cook, C/O Hicks, and C/O Morris** and against plaintiff **Anthony Castro** on all claims, as Ordered and Adjudged herein.

This case is hereby **DISMISSED** in its entirety.


**DATED:** 2/27/2017

                                            **JUSTINE FLANAGAN, Acting Clerk**

                                            **By:** *s/Tina Gray*
                                                **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                      **J. Phil Gilbert**
                      **United States District Judge**